**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00798-CV

### DAVID FLORES, Appellant

### V.

### BLANCA FLORES, Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-17367

## ORDER

The reporter's record is past due. The Court has received written verification from appellant that he has paid the fee for the reporter's record. Accordingly, we **ORDER** Francheska Duffey, Official Court Reporter for the 330th Judicial District Court of Dallas County, Texas, to file the reporter's record by **DECEMBER 12, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to The Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, Francheska Duffey, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
        JUSTICE